# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE MELLO, | CASE NO. 1:09-cv-00674-SMS PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE ANY CLAIMS UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| JAMES E. TILTON, et al., | (Doc. 9) |
| Defendants. | |

Plaintiff Christopher Lee Mello is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on April 1, 2009. Pursuant to Plaintiff's written consent, filed April 22, 2009, and Appendix A(k)(4) of the Local Rules of the Eastern District of California, this case is assigned to the undersigned to conduct any and all proceedings.

On September 1, 2009, the Court dismissed Plaintiff's complaint for failure to state any claims upon which relief may be granted, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted under section 1983.

///
///
///
///

1    Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is
2  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which
3  relief may be granted under section 1983.

5  IT IS SO ORDERED.

6  **Dated:    October 20, 2009**              /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE